SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
8000 Sagemore Drive
Suite 8303
Marlton, NJ  08053
856-751-8383 (tele)
856-751-0868 (fax)
ATTORNEYS FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHRYN S. LEAVERTON and DAVID W. LEAVERTON,  <br><br>　　　　　　Plaintiffs,  <br><br>　　v.  <br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE. LLC trading as PREMIER ORTHOPAEDIC ASSOCIATES; PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC; KIMBERLEY YVETTE SMITH, M.D., a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.; JOHN DOE(S) CORPORATIONS (1-4); JOHN DOE(S), M.D. (1-3),  <br><br>　　　　　　Defendants. | CIVIL ACTION  <br><br>NO.  1:12-cv-07711 |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Mary T. Gidaro, Esquire, of the law firm of Saltz, Mongeluzzi, Barrett & Bendesky, P.C., as co-counsel on behalf of Plaintiffs, Kathryn S. Leaverton and David W. Leaverton, in the above action.

        Respectfully submitted,

        *s/Mary T. Gidaro*
        Michael F. Barrett
        Mary T. Gidaro
        SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
        8000 Sagemore Drive
        Suite 8303
        Marlton, NJ  08053
        856-751-8383 (tele)

        *Attorneys for Plaintiffs, Kathryn S. Leaverton*
        *and David W. Leaverton*

Dated:  January 3, 2012

## CERTIFICATION OF SERVICE

I, Mary T. Gidaro, hereby certify that on the date listed below I caused to be served a true and correct copy of the foregoing **ENTRY OF APPEARANCE** on the following persons via the Court's electronic filing system:

Frederick H. Fern
Steven A. Stadtmauer
David J. Dino
Harris Beach PLLC
One Gateway Center, Suite 2500
Newark, N.J. 07102
*Counsel for Defendants New England Compounding Pharmacy Inc.
and Alaunus Pharmaceutical, LLC*


Walter F. Timpone
Walter F. Krzastek
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemle Avenue
P.O. Box 2075
Morristown, NJ  07962
*Counsel for Defendant Ameridose, LLC*


Jay J. Blumberg
Law Offices of Jay J. Blumberg, Esq.
158 Delaware Street
P.O. Box 68
Woodbury, NJ  08096
jjblumberg@blumberglawoffices.com
*Counsel for Premier Orthopaedic and Sports Medicine Associates of Southern New Jersey, LLC; Premier Orthopaedic Associates Surgical Center, LLC,
and Kimberly Yvette Smith, M.D.*


                                           *s/ Mary T. Gidaro*
                                           Mary T. Gidaro

Dated: January 3, 2012