**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone: (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHRYN S. LEAVERTON and DAVID W. LEAVERTON, W/H,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, et al.,<br><br>Defendants | CASE NO. 1:12-cv-07711-RMB-JS<br><br><br><br><br><br><u>**DEFENDANT AMERIDOSE, LLC'S CORPORATE DISCLOSURE STATEMENT**</u> |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 14th day of January, 2013.

             */s/ Walter F. Timpone*
             Walter F. Timpone
             Walter R. Krzastek
             McElroy, Deutsch, Mulvaney & Carpenter, LLP
             1300 Mount Kemble Avenue
             P.O. Box 2075
             Morristown, NJ 07962-2075
             Phone:  973.425.8701
             Fax:   973.425.0161
             wtimpone@mdmc-law.com
             wkrzastek@mdmc-law.com
             *Attorneys for Defendant Ameridose, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of Courts on January 14, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

>  */s/ Walter F. Timpone*
>  Walter F. Timpone
>  *Attorney for Defendant Ameridose, LLC*

1604100.1