Microsoft Word - 830130 Leaverton Kathryn (NJ) - Consent Order ...    https://ecf.njd.circ3.dcn/doc1/11917600639

Case 1:12-cv-07711-RMB-JS   Document 19   Filed 02/22/13   Page 1 of 2 PageID: 279
Case 1:12-cv-07711-RMB-JS   Document 16   Filed 02/21/13   Page 1 of 2 PageID: 235

**Lawson & Weitzen, LLP**
88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHRYN S. LEAVERTON and DAVID W. LEAVERTON,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER;<br>AMERIDOSE, LLC;<br>ALAUNUS PHARMACEUTICAL, LLC;<br>PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES;<br>PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC;<br>KIMBERLEY YVETTE SMITH, M.D. a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.;<br>JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>Defendants. | Civil Action No.: 1:12-cv-07711-RMB-JS<br><br><br>**CONSENT ORDER FOR<br>AN EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus

Pharmaceutical, LLC ("Alaunus") and Plaintiffs Kathryn Leaverton and David Leaverton, that

Defendant Alaunus is hereby given an extension to February 22, 2013 to respond to Plaintiffs'

Complaint.

Case 1:12-cv-07711-RMB-JS   Document 16   Filed 02/21/13   Page 2 of 2 PageID: 236

Dated:  February 21, 2013

**LAWSON & WEITZEN, LLP**

By: **/s/ Michele A.  Hunton**
Michele A. Hunton (NJ Bar # 01096)
88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990
*mhunton@lawson-weitzen.com*

*Counsel for Defendants*
*Alaunus Pharmaceutical, LLC*

**SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.**

By: **/s/ Mary T. Gidaro**
Mary T. Gidaro
Michael F. Barrett
8000 Sagemore Drive
Suite 8303
Marlton, NJ 08053
(856) 751-8383
*MGidaro@smbb.com*
*MBarrett@smbb.com*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiffs' Amended Complaint was served via the Court's ECF notification system on this 21st day of February, 2013 to the counsel of record.

/s/ Michele A.  Hunton
Michele A. Hunton

So Ordered this 22nd day
of February 13
JOEL SCHNEIDER, USMJ

-2-